# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| SANDRA PORTER, | ) |  |
| --- | --- | --- |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. CIV-14-850-D |
|  | ) |  |
| CAROLYN W. COLVIN, | ) |  |
| Acting Commissioner of the | ) |  |
| Social Security Administration, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

Plaintiff brought this action pursuant to 42 U.S.C.§ 405(g) for review of Defendant Commissioner of the Social Security Administration's final decision denying Plaintiff's application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401-434. The matter was referred to United States Magistrate Judge Charles B. Goodwin for initial proceedings in accordance with 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b). The parties fully briefed their respective positions and on August 31, 2015, the Magistrate Judge filed his Report and Recommendation [Doc. No. 20] in which he recommended that the Court reverse the decision of the Commissioner and remand the matter for further proceedings.

In the Report and Recommendation, the Magistrate Judge advised the parties of the right to file objections to the same and directed the parties to file any objections no later than September 14, 2015. The Magistrate Judge further admonished the parties that failure to timely object would constitute a waiver of the right to appeal. The deadline for filing

objections has expired, and to date neither party has filed objections or sought an extension of time in which to do so. Accordingly, the Report and Recommendation is ADOPTED as though fully set forth herein.

IT IS THEREFORE ORDERED that the decision of the Commissioner denying Plaintiff's application for supplemental security income is REVERSED. This matter is REMANDED to the Commissioner for further administrative proceedings, as more fully set forth in the Report and Recommendation.

IT IS SO ORDERED this  25th  day of September, 2015.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE