# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

SANDRA PORTER,                    )
                                  )
          Plaintiff,              )
                                  )
v.                                )          Case No. CIV-14-850-D
                                  )
NANCY A. BERRYHILL,               )
Acting Commissioner of the        )
Social Security Administration,   )
                                  )
          Defendant.              )

## O R D E R

Upon consideration of Plaintiff's Motion for Attorney Fees Under 42 U.S.C. § 406(b) [Doc. No. 34] and the corresponding exhibits [Doc. Nos. 34-1, 34-2, 34-3], the Court hereby GRANTS the Motion.  Accordingly, Defendant is ordered, within thirty (30) days of the date of this Order, to disperse $11,139.45 to Miles L. Mitzner of Mitzner Law Firm, PLLC.  Plaintiff's counsel shall then comply with the March 6, 2017 Order of the Court [Doc. No. 33], which requires Plaintiff's counsel, upon receipt of fees under both the Equal Access to Justice Act, 28 U.S.C. § 2412, and 42 U.S.C. § 406(b), to refund to Plaintiff the lesser of the two fees.[1]

IT IS SO ORDERED this 31st day of March, 2017.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

---

[1] *See* Order [Doc. No. 33] at 1-2 (quoting *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002) ("Congress harmonized fees payable by the Government under EAJA with fees payable under § 406(b) out of the claimant's past-due Social Security benefits in this manner: Fee awards may be made under both prescriptions, but the claimant's attorney must 'refun[d] to the claimant the amount of the smaller fee.'").